

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARCELINO CHAVEZ, | § | No. 08-14-00190-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 41st District Court |
| | § | |
| UNIVERSITY MEDICAL CENTER | | of El Paso County, Texas |
| OF EL PASO F/K/A THOMASON | § | |
| MEDICAL CENTER, | | (TC# 2010-3010) |
| | § | |
| Appellee. | § | |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Marcelino Chavez, Appellant, has failed to pay the case filing fee or make financial arrangements with the clerk of the trial court to pay for the clerk's record, we dismiss the appeal for want of prosecution.

On June 13, 2014, the trial court entered an order granting University Medical Center's plea to the jurisdiction. Chavez filed notice of appeal but he has not paid the case filing fee of $195.00 nor has he established he is indigent in accordance with TEX.R.APP.P. 20.1. On July 3, 2014, the Clerk of the Court sent Chavez a letter notifying him that the case filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Chavez has not paid the filing fee or

otherwise responded to the Clerk's inquiries. Additionally, the trial court clerk has notified the Court that Chavez has not made financial arrangements to pay for the clerk's record. The Clerk of the Court notified Chavez by letter regarding his failure to make financial arrangements to pay for the clerk's record and advised him that the appeal would be dismissed for want of prosecution unless he responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3. No reply has been received. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 42.3(b).


                                        GUADALUPE RIVERA, Justice

August 27, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.